**EISENBERG, ROTHWEILER**
**SCHLEIFER, WEINSTEIN & WINKLER, P.C.**
**BY: RICHARD T. KUPERSMITH, ESQUIRE**     **ATTORNEY FOR DEFENDANTS**
Attorney I.D. No. 52614                                              **JOSEPH COLEMAN AND**
1634 Spruce Street                                                        **IVETTE PIZARRO**
Philadelphia, PA 19103
(215) 546-6610

---

| | | |
|---|---|---|
| PROGRESSIVE NORTHERN | : | UNITED STATES DISTRICT COURT |
| INSURANCE COMPANY | : | EASTERN DISTRIST OF PA |
|  | : |  |
| vs. | : |  |
|  | : |  |
| JUSTINE COLEMAN, JOSEPH | : |  |
| COLEMAN AND IVETTE PIZARRO | : | CIVIL ACTION NO: 02-4026 |

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

  Kindly enter my appearance on behalf of defendants, Joseph Coleman and Ivette Pizarro in the above captioned matter.

          EISENBERG, ROTHWEILER
          SCHLEIFER, WEINSTEIN & WINKLER, P.C.


        BY:_____
          RICHARD T. KUPERSMITH, ESQUIRE
          Attorney for Defts., Joseph Coleman and
            Ivette Pizarro


DATE: August 6, 2002