**EISENBERG, ROTHWEILER**
**SCHLEIFER, WEINSTEIN & WINKLER, P.C.**
**BY: RICHARD T. KUPERSMITH, ESQUIRE**     **ATTORNEY FOR DEFENDANTS**
Attorney I.D. No. 52614                                                **JOSEPH COLEMAN AND**
1634 Spruce Street                                                           **IVETTE PIZARRO**
Philadelphia, PA 19103
(215) 546-6610

| | | |
|---|---|---|
| PROGRESSIVE NORTHERN | : | UNITED STATES DISTRICT COURT |
| INSURANCE COMPANY | : | EASTERN DISTRIST OF PA |
| | : | |
| vs. | : | |
| | : | |
| JUSTINE COLEMAN, JOSEPH | : | |
| COLEMAN AND IVETTE PIZARRO | : | CIVIL ACTION NO: 02-4026 |

**ANSWER OF DEFENDANTS,**
**JOSEPH COLEMAN AND IVETTE PIZARRO TO PLAINTIFF'S**
**COMPLAINT SEEKING DECLARATORY AND INJUNCTIVE RELIEF**

1. Denied. After reasonable investigation, answering defendant is without sufficient information, knowledge or belief of said averments and strict proof thereof, if deemed relevant, is demanded at time of trial.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied as a conclusion of law to which no further response is required. Strict proof thereof, if deemed relevant, is demanded at the time of trial.

7. Admitted in part; Denied in part. It is admitted that on May 19, 2000 at approximately 2:30 p.m., defendants, Joseph H. Coleman, Jr. and Ivette Pizarro were involved in a motor vehicle accident with Justine Coleman. The balance of the averments of this paragraph are denied as conclusions of law to which no further response is required. Strict proof thereof is