IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PROGRESSIVE NORTHERN INSURANCE COMPANY, | ) ) ) Civil Action |
| Plaintiff, | ) ) |
| vs. | ) No. 02-CV-04026 ) |
| JUSTINE COLEMAN, JOSEPH H. COLEMAN, JR., and IVETTE PIZARRO, | ) ) ) ) |
| Defendants. | ) |

O R D E R

NOW, this 20th day of April, 2003,

IT IS ORDERED that defendant Justine Coleman shall, on or before May 13, 2003, submit to the undersigned and all other counsel and unrepresented parties, a memorandum of law concerning the meaning and significance of "intentional" and "intentional act" as those terms relate to the actions of defendant Justine Coleman in allegedly causing the motor vehicle accident which is the subject of this lawsuit.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge