UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PROGRESSIVE NORTHERN INSURANCE COMPANY, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.: 02-4026 |
| | : | |
| JUSTINE COLEMAN, JOSEPH H. COLEMAN, JR., and IVETTE PIZARRO, | : | |
| Defendants. | : | |

## TRIAL MEMORANDUM OF THE PLAINTIFF, PROGRESSIVE NORTHERN INSURANCE COMPANY

**I.  Exhibits.**

P-1.  Insurance policy issued by Progressive Northern Insurance Company to Justine Coleman.

P-2.  Police report, including crime investigation reports prepared by Officer Keith Merkel.

P-3.  Recorded statement of Justine Coleman.

P-4(a-x).  Photographs of the vehicle of Joseph Coleman.

P-5(a-l).  Photographs of vehicle of Justine Coleman.

P-6.  Protection from Abuse documents.

**II.  Expert Witnesses.**

Plaintiff does not anticipate any expert witnesses to be called at the time of trial.

**III.  Curriculum Vitae of Witnesses.**

N/A

IV. **<u>Fact Witnesses</u>**.

1. Joseph Coleman
505 North 10th Street, Apartment 1111
Reading, PA  19602
--Joseph Coleman will testify as to the facts surrounding the motor vehicle accident.

2. Ivette Pizarro
300 Lackawanna Street, Apartment 1U
Reading, PA  19603
--Ivette Pizarro will testify as to the facts surrounding the motor vehicle accident.

3. Justine Coleman Morrison
P.O. Box 6852
Wyomissing, PA  19610
--Justine Coleman Morrison will testify as to the facts surrounding the motor vehicle accident.

4. Officer Keith Merkel
--Officer Merkel will testify as to his investigation of the accident.

5. Sissy Rhodes
310 Miller Street
Reading, PA
--Ms. Rhodes will testify as to the facts surrounding the accident.

6. Veda Doctor
1253 Cotton Street
Reading, PA  19602
--Ms. Doctor will testify as to the facts and circumstances surrounding the accident.

V. **<u>Damages and/or Relief Sought</u>**.

This is a Declaratory Judgment Action.  Progressive Northern Insurance Company seeks a ruling that it has no obligation to defend or indemnify Justine Coleman for claims arising out of the May 19, 2000 motor vehicle accident.

VI. **Significant and/or Unique Legal and Procedural Issues.**

Initially, in order for coverage to be available under the policy, the claim must arise out of an "accident". It is submitted that the Defendants will have the burden of proof in establishing that an "accident" occurred. *See* Firemen's Fund Insurance Company v. Videfreeze Corp., 540 F.2d 1171 (3d.Cir. 1976); Allstate Insurance Company v. Sprout, 782 F.Supp. 999 (M.D.Pa. 1991).

VII. **Names and Addresses of All Parties at the Time the Cause of Action Arose and Presently.**

| Cause of Action | Presently |
|---|---|
| Joseph Coleman<br>132 North 3rd Street, Apartment B-Rear<br>Reading, PA  19602 | 505 North 10th Street, Apartment 1111<br>Reading, PA  19602 |
| Ivette Pizarro<br>300 Lackawanna Street, Apartment 1U<br>Reading, PA  19603 | 300 Lackawanna Street, Apartment 1U<br>Reading, PA  19603 |
| Justine Coleman Morrison<br>1052 North 11th Street<br>Reading, PA  19604 | P.O. Box 6852<br>Wyomissing, PA  19610 |
| Progressive Northern Insurance Company<br>5053 Ritter Road, Suite 101<br>Mechanicsburg, PA  17055 | 5053 Ritter Road, Suite 101<br>Mechanicsburg, PA  17055 |

VIII. **Trial Counsel.**

Richard T. Kupersmith, Esquire
EISENBERG, ROTHWEILER
SCHLEIFER, WEINSTEIN &
WINKLER, P.C.
1634 Spruce Street
Philadelphia, PA  19103
215/546-6610
Counsel for Defendants Joseph H.
Coleman, Jr. and Ivette Pizarro

James G. Nealon, III, Esquire
NEALON & GOVER, P.C.
2411 North Front Street
Harrisburg, PA  17110
717/232-9900
Counsel for Plaintiff, Progressive
Northern Insurance Company

       Jesse L. Pleet, Esquire
       LAW OFFICES OF JESSE L. PLEET, P.C.
       1150 Berkshire Boulevard, Suite 200
       Wyomissing, PA  19610
       610/373-8570
       Counsel for Defendant Justine
       Coleman Morrison

**IX.**    **Matters of Importance for the Efficient Trial of the Case.**

       None.

                                   Respectfully submitted,

                                   NEALON & GOVER, P.C.


                              By:  <u>s/James G. Nealon, III, Esquire</u>
                                     James G. Nealon, III, Esquire
                                     I.D. #:  46457
                                     2411 North Front Street
                                     Harrisburg, PA  17110
Date:  <u>08/01/03</u>                      717/232-9900

# CERTIFICATE OF SERVICE

**AND NOW**, this _____ day of July, 2003, I hereby certify that I have served the foregoing TRIAL MEMORANDUM on the following by Federal Express addressed to:

Richard T. Kupersmith, Esquire
EISENBERG, ROTHWEILER, SCHLEIFER,
WEINSTEIN & WINKLER, P.C.
1634 Spruce Street
Philadelphia, PA  19103

Jesse L. Pleet, Esquire
LAW OFFICES OF JESSE L. PLEET, P.C.
1150 Berkshire Boulevard, Suite 220
Wyomissing, PA  19610

_____
James G. Nealon, III, Esquire