```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| PROGRESSIVE NORTHERN INSURANCE COMPANY, | Civil Action No. 02-CV-04026 |
|     Plaintiff | |
| vs. | |
| JUSTINE COLEMAN, JOSEPH H. COLEMAN, JR., and IVETTE PIZZARO, | |
|     Defendants | |

O R D E R

NOW, this 18th day of August, 2003, upon consideration of the oral motion for compulsory nonsuit made by plaintiff at the close of defendants' case-in-chief at the trial without jury before the undersigned this date; after oral argument; and for the reasons expressed by the undersigned simultaneously on the record during the argument,

IT IS ORDERED that plaintiff's motion for judgment as a matter of law is denied.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge